# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   SAVANNA LOUISE BRYSON

§
§
§
§
§
§
§

Case No.: 07-18681

Debtor(s)

‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)    The case was filed on 10/10/2007.

2)    This case was confirmed on 12/10/2007.

3)    The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/15/2008, 01/14/2008, 12/21/2009.

4)    The trustee filed action to remedy default by the debtor in performance under the plan on 05/07/2008, 10/02/2008, 10/05/2009, 08/10/2010.

5)    The case was converted on 09/18/2010.

6)    Number of months from filing to the last payment:  31

7)    Number of months case was pending:  36

8)    Total value of assets abandoned by court order:  NA

9)    Total value of assets exempted: $     2,180.00

10)   Amount of unsecured claims discharged without payment $        .00

11)   All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 8,767.00 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 8,767.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 2,898.30 |
| Court Costs | $ | .00 |
| Trustee  Expenses and Compensation | $ | 631.21 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 3,529.51 |
| Attorney fees paid and disclosed by debtor | $ | 26.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AARON RENTS INC | SECURED | 1,500.00 | 1,046.43 | 1,346.22 | 1,346.22 | .00 |
| AARON RENTS INC | UNSECURED | 1,500.00 | 731.94 | 731.94 | .00 | .00 |
| AFFORDABL FU | SECURED | 1,500.00 | 242.12 | .00 | .00 | .00 |
| AFFORDABL FU | UNSECURED | 222.00 | NA | NA | .00 | .00 |
| FAIRLANE CREDIT LLC | SECURED | 3,925.00 | 5,825.00 | 5,825.00 | 2,760.68 | 1,130.59 |
| FAIRLANE CREDIT LLC | UNSECURED | 3,625.00 | 10,902.89 | 10,902.89 | .00 | .00 |
| PROTOCOL RECOVERY | SECURED | 1,000.00 | NA | NA | .00 | .00 |
| PROTOCOL RECOVERY | UNSECURED | 13,759.77 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 674.81 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 254.19 | 7,715.99 | 7,715.99 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 897.62 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 400.00 | 798.09 | 798.09 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 3,875.00 | NA | NA | .00 | .00 |
| SOCIAL SECURITY ADMI | UNSECURED | 13,435.20 | NA | NA | .00 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | 709.00 | NA | NA | .00 | .00 |
| AMERICAN LOANS | UNSECURED | 1,418.75 | NA | NA | .00 | .00 |
| B-REAL LLC | UNSECURED | 1,051.56 | 1,051.56 | 1,051.56 | .00 | .00 |
| FIRST AMERICAN CASH | UNSECURED | 7,358.41 | 7,358.41 | 7,358.41 | .00 | .00 |
| CERTEGY | UNSECURED | 700.00 | NA | NA | .00 | .00 |
| CHECK RECOVERY SYSTE | UNSECURED | 207.00 | NA | NA | .00 | .00 |
| CHECKRITE RECOVERY S | UNSECURED | NA | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 1,330.00 | 1,850.00 | 1,750.00 | .00 | .00 |
| COMCAST | UNSECURED | 548.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| COMMONWEALTH EDISON | UNSECURED | 4,468.99 | 4,468.99 | 4,468.99 | .00 | .00 |
| CONSULTANTS IN CLINI | UNSECURED | 321.70 | NA | NA | .00 | .00 |
| CREDIT PROTECTION AS | UNSECURED | 174.21 | NA | NA | .00 | .00 |
| EASTERN COLLECTION C | UNSECURED | 85.13 | NA | NA | .00 | .00 |
| FALLS COLLECTION SER | UNSECURED | 112.00 | NA | NA | .00 | .00 |
| HARVARD COLLECTION S | UNSECURED | 300.09 | NA | NA | .00 | .00 |
| HOUSEHOLD FINANCE | UNSECURED | 61.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 746.00 | .00 | .00 | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 229.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 110.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 67.00 | NA | NA | .00 | .00 |
| ISAC | UNSECURED | 3,462.00 | 5,251.63 | 5,251.63 | .00 | .00 |
| ISAC | UNSECURED | 1,767.00 | NA | NA | .00 | .00 |
| LITTLE CO MARY HOSPI | UNSECURED | 73.79 | NA | NA | .00 | .00 |
| MAGAZINE PAYMENT SER | UNSECURED | 67.99 | NA | NA | .00 | .00 |
| MAGAZINE SERVIES OF | UNSECURED | 232.79 | NA | NA | .00 | .00 |
| MALCOLM S GERALD | UNSECURED | 10.83 | NA | NA | .00 | .00 |
| MEDICAL PAYMENT DATA | UNSECURED | 420.00 | NA | NA | .00 | .00 |
| MEDICAL PAYMENT DATA | UNSECURED | 23.00 | NA | NA | .00 | .00 |
| MEDICAL PAYMENT DATA | UNSECURED | 7.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 653.90 | 653.90 | 653.90 | .00 | .00 |
| NCO FINANCIAL SYSTEM | UNSECURED | 300.24 | NA | NA | .00 | .00 |
| OXFORD COLLECTION SE | UNSECURED | 916.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 4,962.33 | 4,962.30 | 4,962.33 | .00 | .00 |
| SALLIE MAE TRUST | UNSECURED | 1,606.00 | 5,258.26 | 5,258.26 | .00 | .00 |
| SALLIE MAE LSCF | UNSECURED | 1,596.00 | NA | NA | .00 | .00 |
| SALLIE MAE LSCF | UNSECURED | 1,030.00 | NA | NA | .00 | .00 |
| SALLIE MAE LSCF | UNSECURED | 1,030.00 | NA | NA | .00 | .00 |
| VCA BERWYN ANIMAL HO | UNSECURED | 301.48 | NA | NA | .00 | .00 |
| WEST ASSET | UNSECURED | 592.00 | NA | NA | .00 | .00 |
| WEST ASSET | UNSECURED | 355.00 | NA | NA | .00 | .00 |
| AARON RENTS INC | UNSECURED | NA | 822.77 | 822.77 | .00 | .00 |
| AARON RENTS INC | SECURED | NA | 1,046.43 | .00 | .00 | .00 |
| AARON RENTS INC | UNSECURED | NA | 214.76 | 214.76 | .00 | .00 |
| AARON RENTS INC | SECURED | NA | 708.60 | .00 | .00 | .00 |
| TRI-CAP INVESTMENT P | UNSECURED | 13,845.58 | 13,845.58 | 13,845.58 | .00 | .00 |
| SALLIE MAE LSCF | UNSECURED | 1,030.00 | NA | NA | .00 | .00 |
| EARNEST BRYSON | OTHER | NA | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | NA | 389.08 | 389.08 | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | NA | .00 | 100.00 | .00 | .00 |
| SOCIAL SECURITY ADMI | UNSECURED | .00 | NA | NA | .00 | .00 |

UST Form 101-13-FR-S(9/01/2009)

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 5,825.00 | 2,760.68 | 1,130.59 |
| All Other Secured | 1,346.22 | 1,346.22 | .00 |
| **TOTAL SECURED:** | 7,171.22 | 4,106.90 | 1,130.59 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 7,815.99 | .00 | .00 |
| **TOTAL PRIORITY:** | 7,815.99 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 58,460.19 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ | 3,529.51 |
| Disbursements to Creditors | $ | 5,237.49 |
| | | |
| **TOTAL DISBURSEMENTS:** | $ | 8,767.00 |

12)     The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:    10/13/2010           /s/ Tom Vaughn                                   
                               Tom Vaughn, Chapter 13 Trustee

**STATEMENT**     : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**